FILED
Feb 16 2022
2:29 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ gloriav  DEPUTY

ORDERED UNSEALED on 02/18/2022   s/ anthonyh

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAVIN MICHAEL ADCOCK,<br>　　aka "Street Jesus,"<br>　　aka "tommycheech,"<br>　　aka "Savage,"<br><br>　　　　　Defendant. | Case No. '22 CR0313 TWR<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License; Title 18, U.S.C., Secs. 922(o) and 924(a)(2) – Possession of a Machinegun; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Fentanyl; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

　　The grand jury charges:

Count 1
Engaging in the Business of
Dealing Firearms Without a License
[18 U.S.C. § 922(a)(1)(A)]

　　Beginning no later than July 2021 and continuing until at least January 24, 2022, within the Southern District of California, defendant GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

JSGA:nlv:San Diego:2/15/22

Count 2
Possession of a Machinegun
[18 U.S.C. § 922(o)]

On or about November 2, 2021, within the Southern District of California, defendant GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," did knowingly possess a machinegun, that is, a Glock 19-style pistol bearing no serial number or manufacturing markings that shoots more than one round of ammunition with one pull of the trigger; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

Count 3
Distribution of Fentanyl
[21 U.S.C. § 841(a)(1)]

On or about January 24, 2022, within the Southern District of California, defendant GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," did knowingly distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATIONS

1.  The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d), and Title 28, United States Code, Section 2461(c).

//
//

2. Upon conviction of the felony offense alleged in Count 3 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," shall forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 3 of this Indictment. The property to be forfeited includes, but is not limited to: (1) five Glock 19-style semi-automatic pistols bearing no serial numbers or manufacturing markings; (2) one Glock 43-style semi-automatic pistol bearing no serial number or manufacturing markings; (3) one AR-15-style semi-automatic pistol bearing no serial number or manufacturer markings; (4) MasterPiece Arms Grim Reaper, MAC10, .45 caliber pistol bearing serial number A16906; (5) 19 rounds of 9mm ammunition; (6) 10 rounds of .22 caliber ammunition; (7) six magazines.

3. Upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, defendant GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) five Glock 19-style semi-automatic pistols bearing no serial number or manufacturing markings; (2) one Glock 43-style semi-automatic pistol bearing no serial number or manufacturing markings; (3) one AR-15-style semi-automatic

pistol bearing no serial number or manufacturer markings; (4) MasterPiece Arms Grim Reaper, MAC10, .45 caliber pistol bearing serial number A16906; (5) 19 rounds of 9mm ammunition; (6) 10 rounds of .22 caliber ammunition; (7) six magazines; all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: February 16, 2022.

A TRUE BILL:

RANDY S. GROSSMAN
United States Attorney

By: _____
ALICIA P. WILLIAMS
JANAKI GANDHI CHOPRA
Assistant U.S. Attorneys