

**FILED**
May 04 2022
3:25 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

~~SEALED~~
ORDERED UNSEALED on 06/17/2022   s/ anthonyh

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN MICHAEL ADCOCK (1),<br>  aka "Street Jesus,"<br>  aka "tommycheech,"<br>  aka "Savage,"<br>DANTE TROY WILLIAMS (2),<br>  aka "Phat,"<br>DAMIEN ALEXANDER GROVES (3),<br><br>  Defendants. | Case No. 22CR0313-TWR<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License; Title 18, U.S.C., Secs. 922(o) and 924(a)(2) – Transfer of a Machinegun; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Fentanyl; Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Fentanyl; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1
Engaging in the Business of
Dealing Firearms Without a License
[18 U.S.C. § 922(a)(1)(A)]

Beginning no later than July 2021 and continuing until at least February 17, 2022, within the Southern District of California, defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," DANTE TROY WILLIAMS, aka "Phat," and DAMIEN ALEXANDER GROVES, not being licensed as an importer, manufacturer, or dealer of

JSGA:nlv:San Diego:5/3/22

firearms, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

### Count 2
### Conspiracy to Distribute Fentanyl
### [21 U.S.C. §§ 841(a)(1) and 846]

Beginning on a date unknown to the grand jury and continuing up to and including February 17, 2022, within the Southern District of California, defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," and DANTE TROY WILLIAMS, aka "Phat," did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 3
### Transfer of a Machinegun
### [18 U.S.C. § 922(o)]

On or about November 2, 2021, within the Southern District of California, defendant GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," did knowingly transfer a machinegun, that is, a Glock 19-style pistol bearing no serial number or manufacturing markings that shoots more than one round of ammunition with one pull of the trigger; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### Count 4
### Distribution of Fentanyl
### [21 U.S.C. § 841(a)(1)]

On or about January 24, 2022, within the Southern District of California, defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus,"

aka "tommycheech," aka "Savage," and DANTE TROY WILLIAMS, aka "Phat," did knowingly distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 5
### Transfer of a Machinegun
### [18 U.S.C. § 922(o)]

On or about February 17, 2022, within the Southern District of California, defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," and DANTE TROY WILLIAMS, aka "Phat," did knowingly transfer a machinegun, that is, an Anderson Manufacturing, model AM-15, 5.56mm NATO caliber firearm, bearing serial number 20087203 that shoots more than one round of ammunition with one pull of the trigger; in violation of Title 18, United States Code, Sections 922(o), 924(a)(2) and 2.

## Count 6
### Distribution of Fentanyl
### [21 U.S.C. § 841(a)(1)]

On or about February 17, 2022, within the Southern District of California, defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," and DANTE TROY WILLIAMS, aka "Phat," did knowingly distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//
//

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 6 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offenses alleged in Counts 2, 4, and 6 of this Superseding Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," and DANTE TROY WILLIAMS, aka "Phat," shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 2, 4, and 6 of this Superseding Indictment. The properties to be forfeited include, but are not limited to: (1) five Glock 19-style semi-automatic pistols bearing no serial numbers or manufacturing markings; (2) one Glock 43-style semi-automatic pistol bearing no serial number or manufacturing markings; (3) one AR-15-style semi-automatic pistol bearing no serial number or manufacturer markings; (4) MasterPiece Arms Grim Reaper, MAC10, .45 caliber pistol bearing serial number A16906; (5) Anderson Manufacturing, model AM-15, 5.56mm NATO caliber firearm, bearing serial number 20087203; (6) 19 rounds of 9mm ammunition; (7) 10 rounds of .22 caliber ammunition; and (8) seven magazines.


3. Upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Superseding Indictment, defendants GAVIN MICHAEL ADCOCK, aka "Street Jesus," aka "tommycheech," aka "Savage," DANTE TROY WILLIAMS, aka "Phat," and DAMIEN ALEXANDER GROVES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: 1) five Glock 19-style semi-automatic pistols bearing no serial numbers or manufacturing markings; (2) one Glock 43-style semi-automatic pistol bearing no serial number or manufacturing markings; (3) one AR-15-style semi-automatic pistol bearing no serial number or manufacturer markings; (4) MasterPiece Arms Grim Reaper, MAC10, .45 caliber pistol bearing serial number A16906; (5) Anderson Manufacturing, model AM-15, 5.56mm NATO caliber firearm, bearing serial number 20087203; (6) 19 rounds of 9mm ammunition; (7) 10 rounds of .22 caliber ammunition; and (8) seven magazines; all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: May 4, 2022.

RANDY S. GROSSMAN
United States Attorney

By: *[signature]*
ALICIA P. WILLIAMS
JANAKI GANDHI CHOPRA
Assistant U.S. Attorneys